UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINE A. GONZALEZ,**

       **Plaintiff,**

**v.**                           **Case No. 6:25-cv-2469-CEM-LLL**

**COMMISSIONER OF SOCIAL
SECURITY,**

       **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc. 18), *sua sponte* recommending that this case be dismissed without prejudice for failure to prosecute.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

Page **1** of **2**

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party